444

## KUNZE, Mayor, et al. v. AUDITORIUM CO.
### No. 9159.

Circuit Court of Appeals, Eighth Circuit.
Sept. 4, 1931.

Neil M. Cronin, of Minneapolis, Minn. (Thomas B. Kilbride and Arthur P. Jensen, both of Minneapolis, Minn., on the brief), for appellants.

Harry S. Carson, of Minneapolis, Minn. (Guesmer, Carson & MacGregor, of Minneapolis, Minn., on the brief), for appellee.

Before STONE and GARDNER, Circuit Judges, and YOUMANS, District Judge.

STONE, Circuit Judge.

January 14, 1931, a temporary injunction was granted preventing appellants, the mayor and chief of police of the city of Minneapolis, from interfering with the exhibition by appellee of a moving picture film. From that order this appeal is taken.

At the argument of this case, it clearly appeared that the picture had been shown, for a short while, under the protection of the above order, and that there was no intention on the part of appellee to attempt to show the picture again. Thus it is clear that this entire controversy had become moot at the time it was presented to this court. Following the practice of the Supreme Court in such cases, the cause will be remanded to the trial court, with directions to vacate its order granting the temporary injunction and to dismiss the bill because the case has become moot, without costs to either party. Sprunt & Son v. U. S., 281 U. S. 249, 261, 50 S. Ct. 315, 74 L. Ed. 832; U. S. v. Anchor Coal Co., 279 U. S. 812, 49 S. Ct. 262, 73 L. Ed. 971; Alejandrino v. Quezon, 271 U. S. 528, 535, 46 S. Ct. 600, 70 L. Ed.

1071; Brownlow v. Schwartz, 261 U. S. 216, 218, 43 S. Ct. 263, 67 L. Ed. 620; Commercial Cable Co. v. Burleson, 250 U. S. 360, 363, 39 S. Ct. 512, 63 L. Ed. 1030; Board of Public Utility Com'rs v. Compania General de Tabacos de Filipinas, 249 U. S. 425, 427, 39 S. Ct. 332, 63 L. Ed. 687.